# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
MICHAEL P MULCAHY  
7376 DONOVAN DR  
BLACKLICK, OH  43004  

Case No:   04-57052  

Judge:   John E. Hoffman Jr.  

HEIDI A MULCAHY  
921 APOLLO BEACH BLVD #104  
APOLLO BEACH, FL  33572  

SSN(S):    XXX-XX-0216  
           XXX-XX-1099  

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 24, 2010            /s/ Frank M. Pees  
                                     Frank M. Pees  
                                     Chapter 13 Trustee  

| **Name and Address** | **Amount** |
|---|---|
| MICHAEL P MULCAHY & HEIDI A MULCAHY<br>7376 DONOVAN DR<br>BLACKLICK, OH  43004 | 25.85 |